IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   *v.*<br><br>BONNIE MONIQUE YOUN | Criminal Action No.<br><br>1:16-CR-030-AT |

**Government's Notice Regarding Obstruction of Justice Enhancement**

The United States of America, by John A. Horn, United States Attorney, and William L. McKinnon, Jr., Assistant United States Attorney for the Northern District of Georgia, files this notice regarding defendant's objection to the obstruction of justice enhancement.

**1. Obstruction of Justice Enhancement**

The Government will not contest the defendant's objection to the obstruction of justice enhancement. (PSR ¶ 21). The Government has agreed to recommend a sentence of two years' probation. A finding by the Court that defendant obstructed justice during the course of the investigation would have no impact on the Government's sentencing recommendation. Contesting the defendant's objection would, therefore, unnecessarily require the expenditure of judicial and prosecutorial resources.

## Conclusion

The Government will not contest the defendant's objection to the obstruction of justice enhancement.

Respectfully submitted,

JOHN A. HORN
   *United States Attorney*


/s/WILLIAM L. MCKINNON, JR.
   *Assistant United States Attorney*
Georgia Bar No. 495812
William.mckinnon@usdoj.gov


600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Richard A. Rice, Jr.

May 1, 2016

        /s/ WILLIAM L. MCKINNON, JR.
        WILLIAM L. MCKINNON, JR.
        *Assistant United States Attorney*